UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 22 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

RUSSELL FOUTS and TAN MIGUEL TOLENTINO,

              Plaintiffs - Appellees,

 v.

ROB BONTA, in his official capacity as Attorney General of the State of California,

              Defendant - Appellant.

No. 24-1039

D.C. No.
3:19-cv-01662-BEN-JLB
Southern District of California,
San Diego

ORDER

The oral argument scheduled for November 6, 2024, is vacated, and submission is deferred pending issuance of the mandate in *Duncan v. Bonta*, No. 23-55805, and *Teter v. Lopez*, 20-15948. The Clerk shall administratively close this docket. The parties will be afforded an opportunity for oral argument and supplemental briefing when the case is reopened.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT